**Order entered February 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01401-CR

**ELIZABETH CLEMONS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F10-73435-Y**

## ORDER

We **GRANT** Official Court Reporter Sharon Hazlewood's February 10, 2013 request for

an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY**

**DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE